IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL ACTION NO. |
| Plaintiff, | : | 1:17-CR-0274-AT-2 |
| | : | |
| v. | : | |
| | : | CIVIL ACTION NO. |
| MARLON MATTHEW PITTMAN, | : | 1:20-CV-1398-AT |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Defendant Marlon Matthew Pittman was convicted in this Court on August 27, 2018, after pleading guilty to (1) conspiracy to possess with intent to distribute at least 500 grams of cocaine, in violation of 21 U.S.C. §§ 841(b)(1)(B) and 846, and (2) money laundering, in violation of 18 U.S.C. § 1956(h). [Doc. 106]. The Court sentenced him to 204 months of incarceration followed by eight years of supervised release. [Doc. 121]. Defendant did not appeal, but he filed a timely 28 U.S.C. § 2255 motion to vacate his conviction and sentence on March 24, 2020, [Doc. 125], and the Magistrate Judge has now issued a Report and Recommendation (R&R), [Doc. 132], recommending that the motion to vacate—as well as Defendant's motion to dismiss the indictment, [Doc. 130]—be denied.

After the Magistrate Judge issued the R&R, Defendant filed a motion to withdraw his § 2255 motion. [Doc. 134]. He has not objected to the R&R, and the Government has not responded to the motion to withdraw the § 2255 motion.

In the absence of opposition, Defendant's motion to withdraw the § 2255 motion, [Doc. 134], is **GRANTED**, and the Clerk is **DIRECTED** to **TERMINATE** the § 2255 motion, [Doc. 125]. In the absence of objections, this Court finds that the Magistrate Judge is correct that Defendant's motion to dismiss the indictment must be denied. Accordingly, the R&R, [Doc. 132], is **ADOPTED** in part, and the motion to dismiss the indictment, [Doc. 130], is **DENIED**. The Court otherwise **DECLINES TO ADOPT** the R&R in part. The Clerk is **DIRECTED** to **CLOSE** Case Number 1:20-CV-1398-AT.

It is **SO ORDERED** this 15th day of June, 2022.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**